U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Joyce Molino, Plaintiff<br>v.<br>Bast Services, Inc., and The Foundation for Alzheimer's and Cultural Memory, Defendant | Case Number:<br>FILED: AUG 04, 2008<br>08CV4399<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE SCHENKIER<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Foundation for Alzheimer's and Cultural Memory, Defendant

| |
|---|
| NAME (Type or print)<br>John P. Madden |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John P. Madden |
| FIRM<br>O'Malley & Madden, P.C. |
| STREET ADDRESS<br>542 So. Dearborn Street, Suite 660 |
| CITY/STATE/ZIP<br>Chicago, Illinois |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>43401 | TELEPHONE NUMBER<br>312-697-1382 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐