IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOYCE MOLINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **No. 08 CV 4399** |
| ) | |
| BAST SERVICES, INC., and THE FOUNDATION FOR ) | JUDGE MAROVICH |
| ALZHEIMER'S AND CULTURAL MEMORY, ) | |
| ) | MAG. JUDGE SCHENKIER |
| Defendants. ) | |

## AMENDED - NOTICE OF FILING

To:   Ms. Colleen McLaughlin, Law Offices of Colleen McLaughlin, 1751 S. Naperville Rd., Wheaton, Illinois 60187

Mr. Pedro Cervantes, TGC Partners, Attorneys at Law, 11 E. Adams St., Suite 1100, Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **August 4, 2008**, there was filed with the Clerk of the United States District Court Northern district of Illinois, the attached **Notice of Removal** a true copy of which is hereby served upon you**.**
.

_____s/ John P. Madden_____
John P. Madden
O'Malley & Madden, p.c.
542 So. Dearborn St.
Suite 660
Chicago Illinois 60605
312.697.1384

### ~ Certificate of Service ~

Jacob Shorr, the undersigned, certifies pursuant to §1-109 of the Civil Code that he served the foregoing Notice and documents referred to therein, on Ms. Colleen McLaughlin by U.S. Mail, proper postage prepaid, from 542 S. Dearborn St., Chicago, Illinois, on the 4th day of August, 2008, and on Mr. Pedro Cervantes by U.S. Mail, proper postage prepaid, from 542 S. Dearborn St., Chicago, Illinois, this 5th day of August, 2008.

_____s/ Jacob Shorr_____