IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **JOYCE MOLINO**<br>    *Plaintiff,*<br><br>v.<br><br>**BAST SERVICES, INC.,** and **THE FOUNDATION FOR ALZHEIMER'S AND CULTURAL MEMORY,**<br>    *Defendants.* | )<br>)<br>)<br>) **No. 08 CV 4399**<br>)<br>) Judge Marovich<br>) Magistrate Judge Schenkier<br>) |

## NOTICE OF FILING

To:    Ms. Colleen McLaughlin, Ms. Elissa Hobfoll, Law Offices of Colleen McLaughlin, 1751 S. Naperville Rd., Wheaton, Illinois 60187

Mr. Pedro Cervantes, TGC Partners, Attorneys at Law, 11 E. Adams St., Suite 1100, Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **August 11, 2008**, there was filed with the Clerk of the United States District Court Northern district of Illinois, the attached **Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint** a true copy of which is hereby served upon you**.**
.

                                     ____s/ John P. Madden_____
                                              John P. Madden
                                              O'Malley & Madden, p.c.
                                              542 So. Dearborn St.
                                              Suite 660
                                              Chicago Illinois 60605
                                              312.697.1384

### ~ Certificate of Service ~

John P. Madden, an attorney, certifies that service was accomplished through the Court's CM/ECF system for Filing Users and in addition that he served the foregoing Notice of Filing along with the documents referred to therein by U.S. Mail, proper postage pre-paid, from 542 So. Dearborn St., Chicago Illinois, to non-Filing Users on this 11th day of August 2008.

                                                     ___s/ John P. Madden_____